**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00598-CR
No. 05-13-00599-CR
No. 05-13-00600-CR
No. 05-13-00601-CR
No. 05-13-00602-CR

**PATRICIA DONALDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-10-00433-S, F-10-00435-S, F-10-00447-S, F-10-00448-S,**
**and F-10-00266-S**

## ORDER

We **GRANT** the State's December 20, 2013 second motion to extend time for filing brief

and **ORDER** the State's brief received December 20, 2013 filed as of the date of this order.

/Douglas S. Lang/
DOUGLAS S. LANG
PRESIDING JUSTICE